**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JENNINE LEIGH KOREJKO** **PLAINTIFF**

**v.** **4:10CV01345-BRW**

**BEST BUY STORES LP** **DEFENDANT**

**ORDER**

A telephone hearing was held on Friday, July 15, 2011, regarding three motions to compel.

Plaintiff's Motion to Compel (Doc. No. 14) is GRANTED in part and DENIED in part. Defendant is directed to provide Plaintiff with the unredacted incident report. Defendant is further directed to produce the entire personnel file of its employee who allegedly hit Plaintiff with the cart. If defense counsel believes something in the file is specifically privileged, he may submit it for *in camera* review. Defendant is directed to provide names and detailed contact information for any employee who was a witness to the incident.

Plaintiff's Second Motion to Compel (Doc. No. 19) is GRANTED in part and DENIED in part. The request for pictures is moot, as Defendant has stated that no such pictures exist. Regarding Plaintiff's Interrogatory 1 and 2, Defendant is directed to provide, by 5:00 p.m. on Friday, July 22, 2011, the case name for any law suit filed against it in Arkansas during the last 10 years that involves any kind of cart or dolly, whether motorized or not, as more fully set out in the hearing. Plaintiff also requested a copy of all reports and files regarding any such incident, and Plaintiff is directed to provide the incident report for any such incident.

Finally, Defendant's Second Motion to Compel (Doc. No. 16) is GRANTED in part and DENIED in part. Plaintiff is directed to attend the scheduled medical examination by Dr. Peeples. Plaintiff is further directed to identify the times that she alleges she lost wages as a

result of Best Buy's negligence. The motion as to an independent vocational examination, the MRI films, and a list of medical expenses is denied without prejudice. The parties should be able to resolve these issues themselves.

IT IS SO ORDERED this 18th day of July, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE