IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNINE LEIGH KOREJKO                                                                    PLAINTIFF

v.                                                   4:10CV01345-BRW

BEST BUY STORES LP                                                                       DEFENDANT

## ORDER

Plaintiff's Motion to Modify Order requiring Plaintiff to attend a Defense Medical Examination with Dr. Peeples and for Protective Order (Doc. No. 26) is GRANTED in part and DENIED in part.

The parties may agree on Dr. Rosenzweig if they wish; but my earlier ruling remains in effect if an agreement is not reached.

IT IS SO ORDERED this 27th day of July, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE