IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNINE LEIGH KOREJKO                                                                PLAINTIFF

v.                                              4:10CV01345-BRW

BEST BUY STORES LP                                                                   DEFENDANT

## ORDER

Pending is Plaintiff's Motion to Quash Subpoena and for Protective Order (Doc. No. 31) regarding the subpoena Defendant served for Dr. Dabbs's deposition on August 5, 2011. Plaintiff's counsel will be out of town on that date, but states that he and Dr. Dabbs will be available on Friday, August 19, 2011. Defense counsel has no objection to moving the deposition if the current discovery deadline of August 17, 2011, is extended.

Accordingly, the Motion to Quash is GRANTED, and the discovery deadline is extended until August 19, 2011.

IT IS SO ORDERED this 28th day of July, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE