## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JENNIE LEIGH KOREJKO**                                                                 **PLAINTIFF**

**vs.**                                                  **4:10CV01345-BRW**

**BEST BUY CO., INC.**                                                                      **DEFENDANT**


### ORDER

Pending is the parties' Joint Motion to Remove Case From Trial Calendar (Doc. No. 51). The parties agree to submit this case to an arbitrator for binding resolution of all issues, and ask the Court to remove this case from the trial calendar.  The parties further ask the Court to retain jurisdiction of this matter pending the completion of the binding arbitration, currently scheduled for December 20, 2011.  The Motion is GRANTED.  The trial of this case is removed from the Court's November 15, 2011 docket.  All other pending motions in this case are MOOT.

IT IS SO ORDERED this 11th day of October, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE